UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A.R., et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CITY OF MORENO VALLEY, et al.,<br><br>            Defendants. | Case No. CV 11-253 VBF (DTBx)<br><br>**ORDER APPROVING COMPROMISE OF THE CLAIMS OF C.A.R., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, ALICE VIDAURRI** |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that the Petition of Guardian Ad Litem, ALICE VIDAURRI, for Plaintiff C.A.R., is granted. The minor's portion of the claim is settled for the total amount of $5,000.00.

The disbursement of said proceeds will be as follows:

| | |
|---|---|
| MINOR'S SETTLEMENT: | $5,000.00 |
| Costs: | $200.00 |
| Attorney Fees: | $1,650.00 |
| TOTAL RECOVERY FOR MINOR AFTER FEES AND COSTS: | $3,150.00 |
| TOTAL ATTORNEYS FEES AND COST: | $1,850.00 |

1   An initial disbursement of $3,150 shall be used to fund a Court appointed
2 "blocked" savings account for minor C.A.R., payable to Bank of the West, located
3 at 5901 Menaul Boulevard North East, Albuquerque, New Mexico 87110.
4   The minor's grandmother, ALICE VIDAURRI, shall remain as the Guardain
5 Ad Litem of said funds until the minor reaches the age of majority, (18 years).
6 The proceeds shall remain in the blocked account and may not be withdrawn by
7 anyone without a court order, or until such time as the minor reaches the age of
8 majority.

Dated: February 15, 2012   _____
   Honorable Valerie Baker Fairbank
   United States District Judge