JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| C.A.R., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF MORENO VALLEY, et al.,<br><br>    Defendants. | CASE NO. ED CV 11-253 VBF (DTBx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Good cause appearing therefor

IT IS ORDERED that the entire case is dismissed with prejudice, with the parties to bear their own costs and fees. The Court shall maintain jurisdiction concerning the blocked bank account of the settlement funds of the minor plaintiff, C.A.R.

DATED: April 12, 2012

*/s/ Valerie Baker Fairbank*
Valerie B. Fairbank
United States District Court Judge

4829-2887-6302.1